UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Synergy Flavors OH, LLC,
    Plaintiff(s),

v.

Averitt Express, Inc.,
    Defendant(s).

Case No. 1:15cv547
(Consent Case ; Litkovitz, M.J.)

**ORDER**

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date 10/18/16

awh   October 18, 2016

KAREN L. LITKOVITZ
United States Magistrate Judge